UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. C21-27 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL |

Based on the Stipulated Motion to File the Administrative Record under Seal (Dkt. No. , it is ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Administrative Record under seal.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 23, 2021.

　　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　United States Senior District Judge