Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ANDREW CHERRY,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Civil Action No. 2:21-cv-00027-MJP

[PROPOSED] ORDER

THIS MATTER having come before the Court on Defendant The Prudential Insurance Company of America's ("Prudential"), Motion for Summary Judgment, or in the alternative Rule 52 Motion for Judgment, on Plaintiff's Claim for Benefits Under ERISA, 29 U.S.C. § 1132(a)(1)(B) ("the Motion"); all parties having been given notice and an opportunity to respond; and the Court having duly considered the following:

1. Prudential's Motion for Summary Judgment, or in the alternative Rule 52 Motion for Judgment, on Plaintiff's Claim for Benefits Under ERISA, 29 U.S.C. § 1132(a)(1)(B);

2. Declaration of Tamika Williams with exhibits attached thereto;

3. Declaration of Beth Tang Sing with exhibits attached thereto;

4. Declaration of Roseanna Williams with exhibits attached thereto;

5. Plaintiff's Opposition to Defendant's Motion, if any;

6. _____;

74871930v.1

7. _____; and

the pleadings, exhibits, and records on file herein; and being otherwise fully advised, now, therefore:

It is hereby ORDERED that Defendant Prudential's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff Andrew Cherry's claim for benefits under ERISA 29, U.S.C. § 1132(a)(1)(B) against Defendant Prudential is dismissed, with prejudice.

IT IS SO ORDERED.

Dated this \_\_\_ day of _____, 2021.

_____
Hon. Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER - 2

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 4700
SEATTLE, WA 98104-4041
(206) 946-4910

74871930v.1