The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY,<br><br>            Plaintiff,<br><br>   v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 2:21–cv–00027–MJP<br><br>[PROPOSED] ORDER |

Based on Plaintiff's Fed. R. Civ. P. 56 Motion for Summary Judgment (or in the alternative, Fed. R. Civ. P. 52 Motion for Trial on the Administrative Record) ("Motion"), it is ORDERED that the Motion is granted for good cause shown and relief will be determined by the Court in accord with Plaintiff's Complaint.

Dated this ___ day of October, 2021.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. 2:21–cv–00027–MJP

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

Presented by:

ROY LAW GROUP

By: *s/ Jesse Cowell*
    Jesse Cowell, WSBA 50725
Attorney for Plaintiff

[PROPOSED] ORDER
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

# CERTIFICATE OF SERVICE

I certify that on September 10, 2021, I provided the foregoing to the parties listed below in the manner indicated.

| | |
|---|---|
| Shelley R. Hebert,<br>Ian H. Morrison,<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL  60606<br>PH: (312) 460-5000<br>shebert@seyfarth.com<br>imorrison@seyfarth.com | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Courier<br>☒ Email:<br>☐ CM/ECF |

Lauren Parris Watts,
Seyfarth Shaw LLP
999 Third Avenue, Suite 3000
Seattle, WA 98104
PH: (206) 946-4970
lpwatts@seyfarth.com

*Attorneys for Defendant*

DATED this 10th day of September, 2021.

<u>s/ Jesse Cowell</u>
Jesse Cowell, WSBA 50725
Roy Law Group
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
jesse@roylawgroup.com

[PROPOSED] ORDER
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3