Hon. Marsha J. Pechman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ANDREW CHERRY,

               Plaintiff,

     v.

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

              Defendant.

Civil Action No. 2:21-cv-00027-MJP

ORDER GRANTING MOTION TO
EXTEND DISCOVERY-MOTION
DEADLINE

THIS MATTER comes before the Court on the Parties' joint stipulation to extend the deadline for discovery motions (Dkt. No. 30). The Court GRANTS the motion. It is hereby ORDERED that the deadline for the parties to file discovery-related motions is extended to October 7, 2021.

Dated this 24th day of September, 2021.

Marsha J. Pechman
United States Senior District Judge