UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY,<br><br>               Plaintiff,<br><br>   v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | CASE NO. C21-27 MJP<br><br>ORDER GRANTING MOTION TO COMPEL |

This matter is before the Court on the Parties' joint submission regarding Plaintiff's discovery responses filed under Local Civil Rule 37. (Dkt. No. 34). Having considered the motion, the Parties' declarations, (Dkt. Nos. 35, 36), and the Parties' positions via videoconference, the Court GRANTS the motion and ORDERS the following, in accordance with its oral ruling on October 22, 2021:

1. Plaintiff shall provide complete responses to Defendant's interrogatories within seven (7) days of the date of this Order;

2. Defendant shall review its own responses to Plaintiff's interrogatories and supplement them as necessary within seven (7) days of the date of this Order;

ORDER GRANTING MOTION TO COMPEL - 1

3. Plaintiff shall pay Defendant's attorney's fees and costs associated with bringing this motion. Defendant shall submit a bill of costs to the Court within seven (7) days of the date of this Order and Plaintiff shall file any objections within three (3) days thereafter; and

4. the Parties shall meet and confer regarding outstanding discovery and the remaining pretrial deadlines and, if necessary, submit a proposed plan for the completion of discovery or adjustment of any such deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 22, 2021.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO COMPEL - 2