UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY, | CASE NO. C21-27 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties' cross-motions for summary judgment under Rule 56 or, in the alternative, partial judgment under Rule 52, (Dkt. Nos. 28, 29), are re-noted for consideration on February 15, 2022, per the Court's Order staying this case, (Dkt. No. 44).

The clerk is ordered to provide copies of this order to all counsel.

Filed November 16, 2021.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

<pre>
                    Ravi Subramanian
                    Clerk of Court

                    s/Serge Bodnarchuk
                    Deputy Clerk
</pre>

MINUTE ORDER - 2