The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY,<br><br>           Plaintiff,<br>     v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>           Defendant. | Case No. 2:21–cv–00027–MJP<br><br>NOTICE OF WITHDRAWAL |

PLEASE TAKE NOTICE that Jesse Cowell of Roy Law Group is departing the firm and hereby withdraws as counsel for Plaintiff, Andrew Cherry, effective immediately. Mr. Cherry will continue to be represented by Chris Roy and R. Darrin Class of Roy Law Group.

Respectfully submitted this 22nd day of December, 2021.

ROY LAW GROUP

*s/ Jesse Cowell*
Jesse Cowell, WSBA 50725

NOTICE OF WITHDRAWAL
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
jesse@roylawgroup.com

*s/ Chris Roy*
Chris Roy, WSBA 29070
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com

*s/ R. Darrin Class*
R. Darrin Class, WSBA 21925
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
darrin@roylawgroup.com

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

# CERTIFICATE OF SERVICE

I certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 22nd day of December, 2021.

*s/ Jesse Cowell*
Jesse Cowell, WSBA 50725
Roy Law Group
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX: 855-344-1726
jesse@roylawgroup.com

NOTICE OF WITHDRAWAL
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3