The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW CHERRY,

        Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 2:21–cv–00027–MJP

NOTICE OF WITHDRAWAL

Pursuant to LCR 83.2, Plaintiff Andrew Cherry, hereby notifies the Court of the withdrawal of R. Darrin Class of the law firm Roy Law Group as counsel for Plaintiff. Chris Roy will remain as counsel for Plaintiff.

Respectfully submitted this 4th day of February, 2022.

| ROY LAW GROUP | ROY LAW GROUP |
|---|---|
| *s/ R. Darrin Class* | *s/ Chris Roy* |
| R. Darrin Class, WSBA 21925 | Chris Roy, WSBA 29070 |
| 1000 S.W. Broadway, Suite 900 | 1000 S.W. Broadway, Suite 900 |
| Portland, OR 97205 | Portland, OR 97205 |
| PH: 503.206.4313 | PH: 503.206.4313 |
| darrin@roylawgroup.com | chris@roylawgroup.com |

                                Attorney for Plaintiff

NOTICE OF WITHDRAWAL
No. 2:21–cv–00027–MJP

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1