The Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANDREW CHERRY,<br><br>                    Plaintiff,<br><br>       v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>                    Defendant. | No. 2:21–cv–00027–MJP<br><br>DECLARATION OF CHRIS ROY IN SUPPORT OF MOTION TO WITHDRAW |

I, Chris Roy, declare as follows:

1. I took over as lead attorney for Mr. Cherry after Mr. Cherry's former attorney, Jesse Cowell, left the practice of law and withdrew on December 22, 2021.

2. Since taking over as lead counsel I have made best efforts to get up to speed on this case and to get on the same page with Mr. Cherry.

DECLARATION OF CHRIS ROY
No. 2:21–cv–00027–MJP

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

3. Unfortunately, Mr. Cherry and I have materially different understandings that create irreconcilable differences and prevent my ability to adequately represent him and serve his best interests.

4. No prejudice will result to Mr. Cherry by my withdrawal as his claim under 503(a)(1)(b) is fully briefed and before this court noted for decision on February 15, 2022, and his claim under 503(a)(3) is set for trial April, 25, 2022 and all of Plaintiff's discovery authorized by this court has been completed.

5. If this court is inclined to hear oral argument on Mr. Cherry's 503(a)(1)(b) claim, I am willing to appear and provide that argument at the pleasure of the court notwithstanding my withdrawal.

6. I respectfully request this court stay all proceedings for ninety (90) days to provide Mr. Cherry the opportunity to obtain new counsel.

7. I informed plaintiff on Wednesday, February 9, 2022 of my decision to withdraw as his attorney.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of February, 2022.

> *s/ Chris Roy*
> Chris Roy, WSBA 50725
> Roy Law Group
> 1000 SW Broadway Suite 900
> Portland, OR 97205
> PH: 503.206.4313
> chris@roylawgroup.com

DECLARATION OF CHRIS ROY
No. 2:21–cv–00027–MJP

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2

# CERTIFICATE OF SERVICE

I certify that on February 10, 2022, I provided the foregoing to the parties listed below via email and the CM/ECF filing system.

Shelley R. Hebert,
Ian H. Morrison,
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
PH: (312) 460-5000
shebert@seyfarth.com
imorrison@seyfarth.com

Lauren Parris Watts,
Seyfarth Shaw LLP
999 Third Avenue, Suite 3000
Seattle, WA 98104
PH: (206) 946-4970
lpwatts@seyfarth.com

*Attorneys for Defendant*

I certify that on February 10, 2022, I provided the foregoing to the person listed below via email and first class mail.

Andrew Cherry
5908 111th PL NE
Kirkland, Washington 98033
Andrew404@gmail.com

*Plaintiff*

DATED this 10th day of February, 2022.

　　　　　　　　　　　　　　　　*s/ Chris Roy*
　　　　　　　　　　　　　　　　Chris Roy, WSBA 29070
　　　　　　　　　　　　　　　　Roy Law Group
　　　　　　　　　　　　　　　　1000 S.W. Broadway, Suite 900
　　　　　　　　　　　　　　　　Portland, OR 97205
　　　　　　　　　　　　　　　　PH: 503.206.4313
　　　　　　　　　　　　　　　　chris@roylawgroup.com

DECLARATION OF CHRIS ROY
No. 2:21–cv–00027–MJP

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3