UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Andrew Cherry,<br><br>               Plaintiff,<br><br>   v.<br><br>The Prudential Insurance Company of America,<br><br>               Defendant. | CASE NO. 21-27 MJP<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter is before the Court on the amended motion to withdraw by Plaintiff's counsel. (Dkt. No. 52.) Having considered the motion and supporting declaration, (Dkt. No. 49), Plaintiff's objection, (Dkt. No. 56), Defendant's response, (Dkt. No. 60), and the reply, (Dkt. No. 62), the Court GRANTS the motion. Counsel for Plaintiff represents to the Court that he has consulted with ethics counsel and must withdraw. (Dkt. No. 62.) He and his firm are permitted to withdraw. See Wash. Rules of Prof'l. Conduct R. 1.16, cmt. 3. The Court will decide the pending cross-motions for summary judgment, (Dkt. Nos. 28, 29), in due course, as they are fully briefed. All other dates, including trial, are STAYED for 90 days so that Plaintiff

1 may obtain new counsel.  Plaintiff shall immediately inform the Court when he secures a new

2 attorney or decides to proceed without one.

3       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

4       Dated February 25, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge