Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW CHERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-00027 MJP<br><br>ORDER EXTENDING THE BREIFING SCHEDULE FOR PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES |

THIS MATTER having come before the Court on the Parties' joint stipulation to extend the briefing schedule for Plaintiff's Motion for an Award of Attorney's Fees. (Dkt. 67-68); and the Court having reviewed the stipulated motion and being otherwise fully advised, now, therefore:

It is hereby ORDERED that the deadline for Prudential to respond to the Motion for an Award of Attorney's Fees is extended until June 20, 2022; and

It is hereby ORDERED that the deadline for Plaintiff to submit his reply in support of the Motion is extended to July 8, 2022; and

It is hereby ORDERED that the Motion is renoted for July 8, 2022.

IT IS SO ORDERED.

//

//

84158497v.1

1  Dated June 9, 2022.

_____
Hon. Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

84158497v.1